IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TERESA BROUSSARD, as Guardian of Austin Weaver                             PLAINTIFF

v.                                  No. 2:10-CV-02106

WALDRON SCHOOL DISTRICT; JAMES
FLOYD, individually and in his official
capacity as Superintendent; ALICE
McCONNELL, individually and in her
official capacity as Principal; GARY
CLEPPER, individually and in his official
capacity as School Resource Officer; and
DAVID MAXWELL, individually and in his
official capacity as School Mental Health Therapist                        DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith (Doc. 39), IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Second Motion for Summary Judgment (Doc. 30) is **GRANTED**. This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED this 5th day of September, 2012.

/s/ P.K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE